UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-80 RM |
| | ) | |
| APRIL MARIA SMITH | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 22, 2012 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant April Smith's plea of guilty, and FINDS the defendant guilty of Count 1 the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:   September 18, 2012

    /s/ Robert L. Miller, Jr.
Judge
United States District Court